# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 **v.**               **Case No. 07-CR-15**

**SHAIMONE BARKHADLE**
   **Defendant.**

## ORDER

**IT IS ORDERED** that the due date for the update report from the probation office is extended to **June 15, 2018**.

Dated at Milwaukee, Wisconsin this 30th day of May, 2018.

            /s Lynn Adelman
            LYNN ADELMAN
            District Judge